UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS ALVEREZ,

    Petitioner,

v.                                                        CASE NO. 6:06-cv-1111-Orl-31KRS
                                                              (6:04-cr-196-Orl-31KRS)

UNITED STATES OF AMERICA,

    Respondent.

_____

**ORDER**

This case is before the Court on the following motions:

1.     Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 14, filed May 7, 2007) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner shall pay the $255.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.     Petitioner's Application for a Certificate of Appealability (Doc. No. 12, filed May 7, 2007) is **DENIED**. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). This Court should grant an application for certificate of appealability only if Petitioner

makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this <u>10th</u> day of May, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sc 5/10
Counsel of Record
Carlos Alvarez